No. 92–5996. SMITH *v.* MCCARTHY ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6003. STACKHOUSE *v.* SCULLY, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–6004. JACKSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 92–6005. JACKSON *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–6011. VENTERS *v.* BASHELOR ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6014. CHANCY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6017. ATTWELL *v.* CLARK ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–6022. WRIGHT *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 92–6023. SMITH *v.* CITIZENS BANK OF MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 92–6024. WRIGHT *v.* HOMESTAKE MINING CO. C. A. 9th Cir. Certiorari denied.

No. 92–6030. MILNER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6038. HOLGUIN *v.* DOE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–6052. HARRISON *v.* ENRIGHT ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–6057. MEADOWS *v.* PITCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–6064. DEVINE *v.* SULLIVAN, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.